

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2018

No. 04-18-00404-CR

Maxwell Lynn **JORDAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1752
Honorable Joey Contreras, Judge Presiding

## O R D E R

On November 13, 2018, Appellant filed a "Pro Se Motion to Compel the 187th Judicial District Court of Bexar County, Texas to bring forth to be heard Defendant[']s Pro Se Motion for new trial." In his motion, Appellant asks this court to compel the trial court to rule on his pro se motion for new trial filed in the trial court. "Trial courts are not required to rule on motions for new trial because the passage of time may serve to overrule such motions by operation of law." *In re Gonzalez*, No. 04-18-00170-CR, 2018 WL 1610916, at *1 (Tex. App.—San Antonio Apr. 4, 2018) (orig. proceeding). Here, Appellant's motion for new trial was overruled by operation of law seventy-five days after the trial court imposed sentence in open court. *See* TEX. R. APP. P. 21.8(c). Appellant's motion, therefore, is DENIED.

Appellant also filed a pro se motion requesting an additional sixty days to file his appellate brief. Appellant's motion is GRANTED IN PART; Appellant may have an additional thirty days to file his appellate brief, or until **December 19, 2018**. NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2018.



Keith E. Hottle
Clerk of Court